RAYNARD VALLERY
PLAINTIFF/PETITIONER/MOVANT'S NAME

E-32831
PRISON NUMBER

C.S.P./CENTINELA

PLACE OF CONFINEMENT

2302 BROWN ROAD
IMPERIAL, CALIF. 92251
ADDRESS



FILED
2008 JAN 16 PM 4:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## United States District Court
## Southern District Of California

RAYNARD VALLERY,
    Plaintiff/Petitioner/Movant

v.

J. BROWN, CORRECTIONAL OFFICER,
et., al    Defendant/Respondent

Civil No. **'08 CV 0095 DMS RBB**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, RAYNARD VALLERY
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? [X] Yes [ ] No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration   C.S.P./CENTINELA, IMPERIAL, CALIFORNIA
    Are you employed at the institution?    [X] Yes [ ] No
    Do you receive any payment from the institution?   [X] Yes [ ] No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? [ ] Yes [X] No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   N/A

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   N/A

   _____

   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    [ ] Yes [X] No
   b. Rent payments, royalties interest or dividends   [ ] Yes [X] No
   c. Pensions, annuities or life insurance            [ ] Yes [X] No
   d. Disability or workers compensation               [ ] Yes [X] No
   e. Social Security, disability or other welfare     [ ] Yes [X] No
   e. Gifts or inheritances                            [ ] Yes [X] No
   f. Spousal or child support                         [ ] Yes [X] No
   g. Any other sources                                [ ] Yes [X] No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   N/A

   _____

   _____

4. Do you have any checking account(s)? [ ] Yes [X] No
   a. Name(s) and address(es) of bank(s): N/A
   b. Present balance in account(s): N/A

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? [ ] Yes [X] No
   a. Name(s) and address(es) of bank(s): N/A
   b. Present balance in account(s): N/A

6. Do you own an automobile or other motor vehicle? [ ] Yes [X] No
   a. Make: N/A     Year: N/A     Model: N/A
   b. Is it financed? [ ] Yes [X] No
   c. If so, what is the amount owed? N/A

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____N/A_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    N/A

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
   N/A

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):    N/A

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.
    N/A

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____            _____M. R. Vallery_____
DATE                                SIGNATURE OF APPLICANT

If you are a prisoner, you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

### PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __Raymond Vallery__
(NAME OF INMATE)

__E32831__
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at

__Centinela State Prison__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0__

to his/her credit according to the records of the aforementioned institution. I further certify that during the past six months the applicant's *average monthly balance* was $ __0__

and the *average monthly deposits* to the applicant's account was $ __0__

**ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915 (a)(2).**

__1-15-2008__
DATE

__[signature]__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__Gracie Rojas__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, <u>RAYNARD VALLERY  E-32831</u>, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE 1·14·08                          *Mr R. Vallery*
                                      SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)            -5-            ::ODMA\PCDOCS\WORDPERFECT\22835\1

```
REPORT ID: TS3030 .701                                              REPORT DATE: 01/15/0
                                                                           PAGE NO:

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 CENTINELA STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                       FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 15, 2008

ACCOUNT NUMBER  : E32831                         BED/CELL NUMBER: FCB1T2000000227U
ACCOUNT NAME    : VALLERY, RAYMOND                  ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                                  TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION     COMMENT    CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
----  ----  -----------     -------    ---------    --------    -----------    -------

07/01/2007  BEGINNING BALANCE                                                     5.0(

07/24 W512  LEGAL POSTAGE   0537 7/23                                 4.60        0.4(
08/20 W512  LEGAL POSTAGE   1111 08/16                                0.15        0.25
08/20 W516  LEGAL COPY CH   1116 08/16                                0.25        0.0(
10/05 D554  INMATE PAYROL   2052 SEP07               7.84                         7.84
10/09 FC03  DRAW-FAC 3      2116 FAC C                                7.00        0.84
11/01*D300  CASH DEPOSIT    2635 MLRM              100.00                       100.84
11/02 D554  INMATE PAYROL   2677 OCT07              12.00                       112.84
11/05 FC03  DRAW-FAC 3      2724 FAC-C                              112.00        0.84
12/03 D554  INMATE PAYROL   3260 NOV07              10.01                        10.85
12/03 D554  INMATE PAYROL   3260 NOV07               6.49                        17.34
12/04 FC03  DRAW-FAC 3      3318 FAC C                               17.00        0.34
     ACTIVITY FOR 2008
01/04 D554  INMATE PAYROL   3882 DEC07              11.21                        11.55
01/04 D554  INMATE PAYROL   3882 DEC07              10.01                        21.5(
01/07 FC03  DRAW-FAC 3      3944 FAC C                               21.00        0.5(


                              CURRENT HOLDS IN EFFECT

   DATE        HOLD
  PLACED       CODE         DESCRIPTION               COMMENT        HOLD AMOUNT
 ----------    ----    -------------------------    ----------       -----------
 01/08/2008    H118    LEGAL COPIES HOLD             3950 1/7             17.30
 01/08/2008    H118    LEGAL COPIES HOLD             3950 1/7              6.90
 01/08/2008    H118    LEGAL COPIES HOLD             3950 1/7              3.60
 01/11/2008    H109    LEGAL POSTAGE HOLD            4041 01/09            2.62

                               TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL         TOTAL        CURRENT        HOLDS         TRANSACTION:
  BALANCE       DEPOSITS    WITHDRAWALS     BALANCE       BALANCE        TO BE POSTE

    5.00         157.56        162.00         0.56         30.42              0.0
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE

29.8