UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED 2008 JUN -5 PM 3: 22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Sabraw__
FROM: __R. Mullin,__ Deputy Clerk        RECEIVED DATE: __06/4/2008__
CASE NO.: __08cv0095 DMS (RBB)__   DOCUMENT FILED BY: __Plaintiff__
CASE TITLE: __Vallery v. Brown, et al__
DOCUMENT ENTITLED: __Letter__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | 83.9 | **OTHER: Ex parte communication is prohibited.** |

Date forwarded: __6/5/2008__

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: __6/5/08__        CHAMBERS OF: __Judge Sabraw__
cc: All Parties          By: __SMR/PSCC__

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

pg 1 of 2   Mr R. Vallery· E32831
C1·227
P.O. Box 921
Imperial, Calif 92251



Case # 3:08-cv-00095-DMS-RBB

To: Hon. Judge Dana M. Sabraw,

Greetings

I am writing in response to the notification of my complaint.. In the notification it states, "My Fourteenth Amendment due process claims are dismissed for failing to state a claim upon which § 1983 relief can be granted."... Also I have been granted (45) days leave to file a first amended complaint to cure all the deficiencies..

Deficiencies:

The Court states: (1) "Plaintiff's complaint fails to state a cognizable claim under 42 U.S.C § 1983..",
(2) "Plaintiff's complaint fails to state a due process claim of CDC inmate grievance procedures..",
(3) "Plaintiff pleads no facts to suggest how the allegedly inadequate review and consideration of his inmate grievances amounted to a "atypical" and "significant hardship."..

(1)