# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

September 11, 2008

Raynard Vallery, E-32831
California State Prison, Centinela
2302 Brown Road
Imperial, CA 92251

RE: Case Number 08cv0095-DMS-RBB

Dear Raynard Vallery:

Enclosed you will find a conformed copy of your amended complaint that was filed on 6/25/08 and a copy of the Order granting your petition to proceed in Forma Pauperis and Order Directing U.S. Marshal to effect service.

Also enclosed are copies of your amended complaint, summons and U.S. Marshal service forms. It is your responsibility to complete the Marshal 285 forms and mail them together with the amended complaint and summons to the U.S. Marshal's office at the address given below.

You must provide the U.S. Marshal with an amended complaint, summons, and Marshal service form for each defendant to be served. The U.S. Marshal must also receive a copy of the summons and amended complaint for their record keeping purposes.

Also enclosed is a certified copy of the Order granting forma pauperis and Order Directing U.S. Marshal to effect service. It must be mailed to the U.S. Marshal with the amended complaint and summons package.

U. S. Marshals Office
U. S. Courthouse
940 Front Street
San Diego, CA  92189

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court
By:s/ L Odiero
    Deputy Clerk